1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

GS HOLISTIC, LLC,

CASE NO. C23-0327JLR

11

Plaintiff,

ORDER

12

v.

13

T. TRADING LLC, et al.,

14

Defendants.

15      Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") response to the

16  court's order to show cause why the court should not deny GS Holistic's motion for entry

17  of default against Defendants T. Trading LLC ("T. Trading") and Mohammad Sindhu for

18  failure to properly serve T. Trading.  (OSC Resp. (Dkt. # 11); *see* OSC (Dkt. # 10); Mot.

19  (Dkt. # 9).)  GS Holistic acknowledges that it did not properly serve T. Trading before

20  filing its motion for entry of default.  (OSC Resp. ¶ 3.)  It represents that it properly

21  served T. Trading on October 20, 2023, by personally serving T. Trading's registered

22  agent and asserts that it attached an affidavit of service to its response.  (*Id.* ¶¶ 4-5

1    (stating that the affidavit of service is "attached hereto and marked as Exhibit 'A'").)  No

2    affidavit of service, however, is attached to the response, nor has an affidavit of service

3    been filed on the docket.  (*See generally* OSC Resp; Dkt.)  Accordingly, the court

4    ORDERS that GS Holistic shall file the missing affidavit of service by no later than

5    **6:00 p.m. today, October 25, 2023**.  Failure to do so will result in the denial of GS

6    Holistic's request to deem T. Trading timely served.  (*See* OSC Resp. ¶¶ 8-9, 14.)

7            Dated this 24th day of October, 2023.

8

9            JAMES L. ROBART
             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2