UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>               Plaintiff,<br>    v.<br><br>T. TRADING, et al.,<br><br>               Defendants. | CASE NO. C23-0327JLR<br><br>ORDER TO SHOW CAUSE |

On October 26, 2023, the court denied Plaintiff GS Holistic, LLC's ("GS Holistic") motion for entry of default against Defendants T. Trading LLC ("T. Trading") and Mohammad Sindu because GS Holistic had not properly served T. Trading until October 20, 2023. (*See generally* 10/26/23 Order (Dkt. # 14).) The court instructed GS Holistic that it could renew its motion for entry of default if T. Trading did not timely answer the complaint. (*See id.* at 2.) Although more than seven months have now passed since T. Trading's deadline to answer the complaint expired, GS Holistic has made no further filings in this case. Accordingly, the court ORDERS GS Holistic to show cause,

ORDER - 1

by no later than **June 28, 2024**, why the court should not dismiss this action with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642‑43 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or to comply with a court order).

Dated this 17th day of June, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge