UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br>     Plaintiff, <br><br>  v. <br><br> T. TRADING, et al., <br><br>     Defendants. | CASE NO. C23-0327JLR <br><br> ORDER |

On June 17, 2024, the court ordered Plaintiff GS Holistic, LLC's ("GS Holistic")

to show cause why the court should not dismiss this matter for failure to prosecute. (OSC

(Dkt. # 15).) On June 28, 2024, GS Holistic timely responded to the order to show cause

(OSC Resp. (Dkt. # 16)) and filed a motion for entry of default against Defendants T.

Trading LLC ("T. Trading") and Mohammad Sindu (Def. Mot. (Dkt. # 17)). Having

//

//

//

ORDER - 1

reviewed GS Holistic's response, the court DISCHARGES its order to show cause.

Dated this 1st day of July, 2024.

                                         _____
                                         JAMES L. ROBART
                                         United States District Judge

ORDER - 2