UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. TRADING LLC d/b/a SEATAC SMOKE SHOP and MOHAMMAD SINDHU,<br><br>　　　　Defendants. | NO. 2:23-cv-00327-JLR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION** |

　　The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Leave to File Over-Length Motion. Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file a motion for default judgment exceeding 2,100 words by **2,460 words**.

IT IS SO ORDERED.

Dated this 8th day of August, 2024.

_____

United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1  Presented by:

2

3  /s/ Brett Harris
   Brett Harris
   Washington Bar #55680
4  Virgo Law
   119 1st Avenue South
5  Seattle, Washington 98104
6  Serv603@LegalBrains.com
   Telephone: 561-232-2222
7  *Attorney for the Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26